UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

SHARON HULIHAN,            )
                           )
         Plaintiff,        )    **O R D E R**
                           )
vs.                        )    2:11-CV-1855-PMP-CWH
                           )
WELLS FARGO HOME MORTGAGE, et al.,  )
                           )
         Defendant.        )
_____)

At the hearing conducted on 2/13/2012, the Court granted Plaintiff's Motion to Remand [15], but denied Plaintiff's request for attorney's fees. The Court has sua sponte reconsidered the denial of Plaintiff's request for attorney's fees and concludes that denial of that request was improvident. Plaintiff's request for $1,500.00 in attorney's fees is indeed reasonable and warranted under the circumstances of this case particularly given the Court's findings that Defendant National Default Servicing Corporation's removal, while not in bad faith, was without sound legal basis. Additionally, the comparative resources of the parties and the continued expense and delay incurred in the resolution of these proceedings weigh in favor of Plaintiff's request for fees.

**IT IS THEREFORE ORDERED** that Plaintiff's request for attorney's fees in the amount of $1,500.00 is **GRANTED** and that Defendant National Default Servicing Corporation shall pay that sum to Plaintiff on or before March 15, 2012.

DATED: February 14, 2012.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE