AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Sharon Hulihan

                Plaintiff,

V.

Wells Fargo Home Mortgage et al

                Defendants.

**JUDGMENT IN A CIVIL CASE**

ON ATTORNEYS' FEES

Case Number:  2:11-CV-1855 PMP-CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff's request for attorney's fees in the amount of $1,500.00 is GRANTED and that Defendant National Default Servicing Corporation shall pay that sum to Plaintiff on or before March 15, 2012. Judgment on Attorneys Fees is entered in favor of Plaintiff.

February 14, 2012                    /s/ Lance S. Wilson

Date                   Clerk

                  /s/ Eileen Sterba

                  (By) Deputy Clerk