UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHARON HULIHAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WELLS FARGO HOME MORTGAGE, ) <br> *et al.*, ) <br> ) <br> Defendants. ) | 2:11-CV-01855-PMP-CWH <br><br> **ORDER** |

Having read and considered Defendants; Motion for Relief from Judgment or Order (Doc. #28) filed March 14, 2012, Plaintiff's Opposition thereto (Doc. #29) filed April 5, 2012, and good cause appearing,

**IT IS ORDERED** that Defendants' Motion for Relief from Judgment or Order (Doc. #28) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Request for Additional Attorney's Fees (Doc. #29) is **DENIED**.

DATED: April 19, 2012.

_____
PHILIP M. PRO
United States District Judge