1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SHARON HULIHAN,                                     )                 2:11-CV-01855-PMP-CWH
                                                   )
                       Plaintiff,                   )
                                                   )
vs.                                                )                 **ORDER**
                                                   )
WELLS FARGO HOME MORTGAGE,                          )
*et al.*,                                           )
                                                   )
                       Defendants.                  )
                                                   )

      Having read and considered Defendants; Motion for Relief from Judgment or Order (Doc. #28) filed March 14, 2012, Plaintiff's Opposition thereto (Doc. #29) filed April 5, 2012, and good cause appearing,

      **IT IS ORDERED** that Defendants' Motion for Relief from Judgment or Order (Doc. #28) is **DENIED**.

      **IT IS FURTHER ORDERED** that Plaintiff's Request for Additional Attorney's Fees (Doc. #29) is **DENIED**.

      DATED: April 19, 2012.

_____
PHILIP M. PRO
United States District Judge